

1 | McGREGOR W. SCOTT
United States Attorney
2 | MATTHEW C. STEGMAN

OCT 3 1 2005

Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100

CLEHK U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Sacramento, California 95814
4 | Telephone: (916) 554-2793

BY_____

5

6

7

8
UNITED STATES DISTRICT COURT
9
FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          )  Case No. Mag. 04-263 GGH
                                      )
12 |                  Plaintiff,       )  APPLICATION TO UNSEAL ARREST
                                      )  WARRANT, COMPLAINT, ACCOMPANYING
13 |         v.                        )  AFFIDAVIT, PETITION TO SEAL
                                      )  AND ORDER TO SEAL; [PROPOSED]
14 | JERRY LEE WALLACE,                )  ORDER
    Current residence: Costa Rica,    )
15 | South America                     )
    Last Known Address:               )
16 | 4725 County                       )
    Road DD,                          )
17 | Orland, California                )
                                      )
18 |                                   )
                 Defendant.           )
19 | _____)

20

21 |                            APPLICATION

22 |         On September 28, 2004, this Court issued an arrest warrant,

23 | complaint, accompanying affidavit, petition to seal and order to

24 | seal for the captioned matter, and sealed the same.  Presently,

25 | the warrant has been executed and there is no longer cause for

26 | these documents to remain

27 | ///

28 | ///

1  sealed.  Accordingly, the Government respectfully requests that
2  the arrest warrant, complaint, accompanying affidavit, petition
3  to seal and order to seal for this matter be unsealed.
4  DATED: October 31, 2005

5                                    Respectfully submitted,

6                                    McGREGOR W. SCOTT
                                     United States Attorney
7

8                                    By:
                                        MATTHEW C. STEGMAN
9                                       Assistant U.S. Attorney

10

11                                   ORDER

12      Upon application of the Government, and good cause appearing
13  therefore, IT IS HEREBY ORDERED that the arrest warrant,
14  complaint, accompanying affidavit, petition to seal and order to
15  seal for the captioned matter be UNSEALED.
16  Date: October 3|, 2005

17

18
                                     HONORABLE PETER A. NOWINSKI
19                                   United States Magistrate Judge

20

21

22

23

24

25

26

27

28                                      2