DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JERRY LEE WALLACE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-487 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| JERRY LEE WALLACE, ) | Date:  March 17, 2006 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Garland E. Burrell, Jr. |
| ) | |
| _____ ) | |

    It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of February 17, 2006 be vacated and a new Status Conference hearing date of March 17, 2006 at 9:00 a.m. be set.

    This continuance is being requested because counsel for Mr. Wallace needs additional time to prepare, to review discovery, to conduct ongoing investigation, to interview any necessary witnesses, and to obtain any outstanding discovery.

    It is further stipulated that the period from February 17, 2006 through and including March 17, 2006 should be excluded pursuant to 18

1 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2 counsel and defense preparation.
3 Dated: February 16, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Assistant Federal Defender
Attorney for Defendant
JERRY LEE WALLACE

11 Dated: February 16, 2006        MCGREGOR W. SCOTT
United States Attorney

/s/  Mary M. French for
     Matthew Stegman
_____
MATTHEW STEGMAN
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated:  February 21, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip & Order                                3