```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd  Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    JERRY LEE WALLACE
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,     )  No. CR-S-05-487 GEB
                                  )
13             Plaintiff,         )
                                  )  STIPULATION AND [PROPOSED] ORDER
14      v.                        )  CONTINUING STATUS CONFERENCE
                                  )
15  JERRY LEE WALLACE,            )  Date:  May 19, 2006
                                  )  Time:  9:00 a.m.
16             Defendant.         )  Judge: Garland E. Burrell, Jr.
                                  )
17  _____ )
```

18    It is hereby stipulated between the parties, Matthew Stegman,

19 Assistant United States Attorney, attorney for Plaintiff, and Mary M.

20 French, attorney for defendant, that the status conference hearing date

21 of April 21, 2006 be vacated and a new Status Conference hearing date

22 of May 19, 2006 at 9:00 a.m. be set.

23    This continuance is being requested because counsel for Mr.

24 Wallace needs additional time to prepare, to review discovery, to

25 conduct ongoing investigation, to interview any necessary witnesses,

26 and to obtain any outstanding discovery.

27    It is further stipulated that the period from April 21, 2006

28 through and including May 19, 2006 should be excluded pursuant to

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: April 20, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Assistant Federal Defender
Attorney for Defendant
JERRY LEE WALLACE

Dated: April 20, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/  Mary M. French for
     Matthew Stegman
_____
MATTHEW STEGMAN
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated:  April 25, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28