```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Supervising Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd  Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    JERRY LEE WALLACE
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  No. CR-S-05-487 GEB
                                 )
13              Plaintiff,       )
                                 )  STIPULATION AND [PROPOSED] ORDER
14       v.                      )  CONTINUING STATUS CONFERENCE
                                 )
15  JERRY LEE WALLACE,           )  Date:  May 26, 2006
                                 )  Time:  9:00 a.m.
16              Defendant.       )  Judge: Garland E. Burrell, Jr.
                                 )
17  _____)
```

18       It is hereby stipulated between the parties, Matthew Stegman,

19  Assistant United States Attorney, attorney for plaintiff, and Mary M.

20  French, attorney for defendant, that the status conference hearing date

21  of May 19, 2006 be vacated and a new Status Conference hearing date of

22  May 26, 2006 at 9:00 a.m. be set.

23       This continuance is being requested because counsel are working

24  on a possible resolution of this matter.

25

26  //

27  //

28  //

It is further stipulated that the period from May 19, 2006 through and including May 26, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: May 18, 2006

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Acting Federal Defender

                                    /s/ Mary M. French
                                    _____
                                    MARY M. FRENCH
                                    Supervising Assistant Federal
                                    Defender
                                    Attorney for Defendant
                                    JERRY LEE WALLACE
```

Dated: May 18, 2006                 MCGREGOR W. SCOTT
                                    United States Attorney

```
                                    /s/  Mary M. French for
                                         Matthew Stegman
                                    _____
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney
                                    per telephonic authorization
```

**ORDER**

**IT IS SO ORDERED.**

Dated:  May 22, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                           2