DANIEL J. BRODERICK, Bar #89424
Federal Defender

MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JERRY LEE WALLACE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-05-487 GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| JERRY LEE WALLACE, | ) Date:  July 28, 2006 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Garland E. Burrell, Jr. |
| _____ | ) |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of June 16, 2006 be vacated and a new Status Conference hearing date of July 28, 2006 at 9:00 a.m. be set.

This continuance is being requested because counsel continue to work on a possible resolution of this matter.

//

//

//

1   It is further stipulated that the period from June 16, 2006
2 through and including July 28, 2006 should be excluded pursuant to 18
3 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.
5 Dated: June 15, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant Federal
Defender
Attorney for Defendant
JERRY LEE WALLACE

Dated: June 15, 2006            MCGREGOR W. SCOTT
                                United States Attorney

                                /s/  Mary M. French for
                                     Matthew Stegman
                                _____
                                MATTHEW STEGMAN
                                Assistant U.S. Attorney
                                per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated:  June 19, 2006

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge

Stip & Order                    2