```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Supervising Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd  Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    JERRY LEE WALLACE
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,     ) No. CR-S-05-487 GEB
                                  )
13               Plaintiff,       )
                                  ) STIPULATION AND [PROPOSED] ORDER
14       v.                       ) CONTINUING STATUS CONFERENCE
                                  )
15  JERRY LEE WALLACE,            ) Date:  August 25, 2006
                                  ) Time:  9:00 a.m.
16               Defendant.       ) Judge: Garland E. Burrell, Jr.
                                  )
17  _____ )

18       It is hereby stipulated between the parties, Matthew Stegman,

19  Assistant United States Attorney, attorney for plaintiff, and Mary M.

20  French, attorney for defendant, that the status conference hearing date

21  of July 28, 2006 be vacated and a new Status Conference hearing date of

22  August 25, 2006 at 9:00 a.m. be set.

23       This continuance is being requested because counsel continue to

24  work on a possible resolution of this matter.

25

26  //

27  //

28  //
```

1     It is further stipulated that the period from July 28, 2006
2 through and including August 25, 2006 should be excluded pursuant to 18
3 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

5 Dated: July 27, 2006

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Supervising Assistant Federal
                                        Defender
                                        Attorney for Defendant
                                        JERRY LEE WALLACE


Dated: July 27, 2006                    MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/  Mary M. French for
                                             Matthew Stegman
                                        _____
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
                                        per telephonic authorization
```

**ORDER**

**IT IS SO ORDERED.**

Dated:  July 27, 2006

```
                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge
```

Stip & Order                2