1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2793

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA    )  CR. NO. S-05-487 GEB
                               )
12         Plaintiff,          )  STIPULATION AND PROPOSED ORDER
                               )  RE RESTITUTION AMOUNT AND TO
13    v.                       )  AMEND JUDGMENT TO INCLUDE
                               )  RESTITUTION ORDER
14 JERRY LEE WALLACE,          )
                               )  Date: January 26, 2007
15         Defendant.          )  Time: 9:00 a.m.
   _____)  Court: Hon. Garland E. Burrell, Jr.
16

17      It is stipulated between the United States of America, through

18 Matthew Stegman, Assistant United States Attorney, and defendant

19 JERRY LEE WALLACE, by and through his attorney, Mary French,

20 Supervising Assistant Federal Defender, that the total amount of

21 restitution that the Court should order be paid by defendant JERRY

22 LEE WALLACE is $3,308,901.67, to victims in amounts as set forth in

23 the attached Victim Restitution List.

24      It is further requested that an amended judgment be issued to

25 order the above restitution amount.

26 ///

27 ///

28 ///

1

1   It is further stipulated that if an amended judgment is issued
2 with restitution ordered as set forth above, the restitution hearing
3 currently set for January 26, 2007, may be taken off calender.
4 DATED: January 18, 2007          McGREGOR W. SCOTT
                                   United States Attorney

                                    /s/ Matthew Stegman
                                   MATTHEW STEGMAN
                                   Assistant U.S. Attorney


10 DATED: January 18, 2007
                                    /s/ Mary M. French
                                   MARY M. FRENCH
                                   Attorney for Defendant
                                   JERRY LEE WALLACE


                                **O R D E R**

   **IT IS SO ORDERED.**

Dated:   January 23, 2007


                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge